1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

9
10
11
12
13
14
15

CEDRIC STEPHEN SMITH,          ) Case No. CV 12-8186-JFW (JPR)
                               )
                Plaintiff,     )
                               )          **J U D G M E N T**
          vs.                  )
                               )
COUNTY OF LOS ANGELES et       )
al.,                           )
                               )
                Respondent.    )
                               )

16
17
18
19

    Pursuant to the Order Accepting Findings and Recommendations
of U.S. Magistrate Judge,

    IT IS HEREBY ADJUDGED that judgment is entered in favor of
Defendants and this action is dismissed with prejudice.

20
21
22
23

DATED: August 11, 2014

_____
JOHN F. WALTER
U.S. DISTRICT JUDGE

24
25
26
27
28